**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re DMCA Subpoena to Limestone Networks, Inc. | Case No. 1:21-mc-00198 |

### ORDER GRANTING SUBPOENA

This matter comes before the Court upon the *ex parte* application of movant Helbiz Inc., comprising the Declaration of Amy B. Goldsmith and exhibits for the signing of a Subpoena directing Limestone Networks, Inc. to produce the identity of the owners of the domain name www.hbznews.com believed to contain content infringing upon the copyright rights of Helbiz Inc.

Having considered the Declaration and exhibits submitted in support of the ex parte application, the Court finds good reason to issue an order directing the Clerk to issue said DMCA Subpoena and it is therefore:

ORDERED that the Clerk of this Court shall issue the Subpoena for Limestone Networks, Inc. as sought by the plaintiff.

July 20, 2021
DATED

U.S. DISTRICT JUDGE

02289027